PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SPENCER NEAL, | ) | |
| | ) | CASE NO. 5:18CV2799 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| EL RINCON INC., | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

Pending is Plaintiff's Notice of Dismissal (ECF No. 23), treated as a motion to dismiss.

Fed. R. Civ. P. 41(a)(1)(A)(i) provides that an action may be dismissed by the plaintiff without order of court by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant filed an Answer (ECF No. 12) on February 21, 2019.

For good cause shown, the motion is granted. The Complaint (ECF No. 1) is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Telephonic Status Conference set on June 3, 2019 is cancelled. The case is hereby closed.

IT IS SO ORDERED.

| | |
|---|---|
| May 22, 2019 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |